No. 95–422.  O'NEILL ET AL. v. UNITED STATES ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 95–425.  PRO-ECO, INC. v. BOARD OF COMMISSIONERS OF JAY COUNTY, INDIANA.  C. A. 7th Cir.  Certiorari denied.

No. 95–426.  DENNEY v. REGENTS OF THE UNIVERSITY OF CALIFORNIA ET AL.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 95–518.  IZUMI SEIMITSU KOGYO KABUSHIKI KAISHA v. U. S. PHILIPS CORP. ET AL.  C. A. Fed. Cir.  Certiorari denied.

No. 95–525.  UNITED STATES v. TURECAMO OF SAVANNAH, INC. C. A. 11th Cir.  Certiorari denied.

No. 95–543.  CLARK v. FANCHER ET AL.  Sup. Ct. Ala.  Certiorari denied.

No. 95–570.  AFRICAN ENTERPRISE, INC., ET AL. v. SCHOLES, AS RECEIVER FOR DOUGLAS ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 95–574.  OLIVO v. MAPP.  C. A. 4th Cir.  Certiorari denied.

No. 95–575.  RIGGAN ET AL. v. CITY OF SAINT PAUL, SAINT PAUL ISLAND, ALASKA.  C. A. 9th Cir.  Certiorari denied.

No. 95–577.  CITY OF SANTA ANA ET AL. v. LAMBERT ET AL. C. A. 9th Cir.  Certiorari denied.

No. 95–594.  ST. PAUL FIRE & MARINE INSURANCE CO. v. HOUSTON ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 95–598.  STOUTENBOROUGH ET AL. v. NATIONAL FOOTBALL LEAGUE, INC., ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 95–602.  WATSON v. TREPEL ET AL.  C. A. 9th Cir.  Certiorari denied.